No. 301. THOMSON, TRUSTEE, ET AL. v. HICKS ET AL. October 12, 1942. Petition for writ of certiorari to the

Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. William T. Faricy, William B. Hale,* and *Otis Lowell Hastings* for petitioners. *Mr. Roy F. Hall* for respondents.